**RUSSELL L. LOW, ESQ.  RLL-4745**
LOW & LOW, LLC
505 Main Street  -  Suite 304
Hackensack, New Jersey  07601
(201) 343-4040
Attorney for Debtors(s)

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Yulissa Paredes | : | HONORABLE John K. Sherwood |
| | : | chapter 11 |
| Debtor (s) | : | Case No. 24-14079 |
| | : | Hearing Date: June 13, 2024 at 10:00 A.M. |

---

**ATTORNEY'S CERTIFICATION IN SUPPORT OF MOTION TO CONVERT chapter 11 BANKRUPTCY TO CHAPTER 13 BANKRUPTCY**

---

I, Russell L. Low, hereby certify as follows:

1. I represent the debtor, Yulissa Paredes in the above-captioned matter.

2. The debtor filed this chapter 11 bankruptcy Pro Se on April 22, 2024.

3. The debtor intended to file a Chapter 13 however she filed a Chapter 11 in error therefore I respectfully request on behalf of the debtor that the bankruptcy court grant this Motion to Convert chapter 11 to chapter 13.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 23, 2024                                                          /s/ Russell L. Low
                                                                                        **RUSSELL L. LOW**
                                                                                        Attorney for Debtor (s)